# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDIA GAS TRANSMISSION
COMPANY, LLC

VERSUS

TEXAS BRINE COMPANY, LLC

NO. 2019 CW 0103

JULY 19, 2019

---

In Re: Texas Brine Company, LLC, applying for rehearing, 23rd Judicial District Court, Parish of Assumption, No. 34316.

---

BEFORE: WELCH AND LANIER, JJ.

APPLICATION FOR REHEARING DENIED.

JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

*Judge Chutz has recused from this matter pursuant to the Code of Judicial Conduct Canon 3(C).